# EXHIBIT 1

First American Title

**RECORDING REQUESTED BY:**
BAC Home Loans Servicing, LP
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082

**WHEN RECORDED MAIL TO:**
BAC Home Loans Servicing, LP
2380 Performance Dr, TX2-985-07-03
Richardson, TX 75082

TS No. 09-0095018
Title Order No. 4188159
APN No. 103-32-087

Ana Wayman-Trujillo, Recorder      B-4718 P-471
OFFICIAL RECORDS OF YAVAPAI COUNTY   01/15/2010 03:56P
FIRST AMERICAN TITLE INS      TRD   14.00  4360069

B-4718 P-471
Page: 1 of 3
TRD   4360069

## TRUSTEE'S DEED UPON SALE ARIZONA

The undersigned grantor declares:
The amount of the unpaid debt together with costs was $292,942.16.
The amount paid by the grantee at the trustee's sale was $292,915.16.
The documentary transfer tax is $_____   The Grantee was/was not the foreclosing beneficiary.

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called Trustee, does hereby grant without covenant or warranty to:

FEDERAL NATIONAL MORTGAGE ASSOCIATION

the real property, situated in the County of Yavapai, State of Arizona describe as follows:

### SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the power of sale, conferred upon SUCCESSOR TRUSTEE by the Deed of Trust, dated 10/04/2006 made by ANDREA M. MARKS, A SINGLE WOMAN WHO ACQUIRED TITLE AS ANDREA M. SORENSON, as TRUSTOR(S), YAVAPAI TITLE AGENCY, INC, as TRUSTEE, in which MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is named as BENEFICIARY and recorded on 10/12/2006, as Instrument Number 4067992, Book 4444, Page 646, in the office of the county recorder of Yavapai, and after fulfillment by the SUCCESSOR TRUSTEE of the conditions specified in said Deed of Trust, and in compliance with the laws of the State of Arizona. Trustee or Successor Trustee having complied with all applicable statutory provisions and having performed all of the required duties under said Deed of Trust including posting, publishing, recordation of all necessary documents.
Said property was sold by the SUCCESSOR TRUSTEE at public auction on 01/12/2010, in the County of Yavapai in which said property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and made payment therefore to said SUCCESSOR TRUSTEE of the amount bid, namely $292,915.16.

*Form aztd (08/06)*

B-4718 P-471
Page: 2 of 3
TRD 4388959

DATED: January 13, 2010

EXEMPT UNDER ARS 11-1134-B-1

RECONTRUST COMPANY, N.A.

Successor Trustee

By: _Kathy Newland_

KATHY NEWLAND Team Member

**Assistant Secretary**

State of: ~~Texas~~ )
County of: **TARRANT** )

On _1-13-2010_ before me _Debbie Gonzalez_, personally appeared _KATHY NEWLAND_, know to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
WITNESS MY HAND AND OFFICIAL SEAL.

_____
Notary Public's Signature

DEBBIE GONZALEZ
Notary Public State of Texas
Commission Expires
FEBRUARY 8, 2010

*Form aztd (08/06)*



B-4716 P-471
Page: 3 of 3
TRD    4368869

TS # 09-0095018
PUB# 3174103
LOAN TYPE: CONV

## "EXHIBIT A"

### LEGAL DESCRIPTION

LOT 4486, PRESCOTT VALLEY UNIT FIFTEEN, ACCORDING TO THE PLAT OF
RECORD IN THE OFFICE OF THE YAVAPAI COUNTY RECORDER IN BOOK 14 OF
MAPS, PAGE 33. EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND
PETROLEUM AS RESERVED IN VARIOUS INSTRUMENTS OF RECORD.

*Form legaldesc (07/01)*



"Unofficial Copy"